

Northeast Case Management Center
Jonathan Weed
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

September 18, 2025

Walter Zimolong, Esq.
Zimolong, LLC
353 West Lancaster Avenue
Suite 300
Wayne, PA 19087
Via Email to: wally@zimolonglaw.com

Michael R. Galey, Esq.
Fisher & Phillips, LLP
Two Logan Square
100 North 18th Street
12th Floor
Philadelphia, PA 19103
Via Email to: mgaley@fisherphillips.com

Case Number: 01-24-0008-3827

Darryl Mendillo
-vs-
Go Brands Inc. d/b/a GoPuff

Dear Parties:

This will confirm that Francine Griesing has recused herself as arbitrator in the above matter. We are in the process of appointing the next most mutually agreeable arbitrator from the parties' rank lists, and will forward their Notice of Appointment upon receipt.

Should there be any questions or concerns, please contact the undersigned.

Sincerely,

*Stephanie Bowker on behalf of*

Jasmyn Bickham
Manager of ADR Services
Direct Dial: (401)868-1034
Email: JasmynBickham@adr.org