# EXHIBIT A

| From: | Fran Griesing <fgriesing@griesinglaw.com> |
|---|---|
| **Sent:** | Tuesday, January 14, 2025 3:29 PM |
| **To:** | Wally Zimolong; Galey, Michael |
| **Subject:** | RE: Mendillo v. Go Brands, Inc. |

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Counsel, I was dropped from the call and could not get back on. I will send you both an order with the information I would like you two to collaborate on including proposed dates for a hearing. The submission should include any areas where counsel do not agree and your positions on those issues. Thanks for your patience.

**Francine Friedman Griesing, Esq. (She/Her)**
**Griesing Law, LLC**
fgriesing@griesinglaw.com

**215.460.7389**
griesinglaw.com

**Admitted to practice in Arizona, New York and Pennsylvania.**

Click here to read my bio.



This email and any attachments may contain information that is confidential, privileged or otherwise protected. If you received this message in error or are not the intended recipient or authorized by the intended recipient to read it, please destroy the message and any copies and please do not retain, distribute or share this message or any of the information contained herein. Please also reply and inform the sender that you received this message in error. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

Email Acceptance Disclosure: Under the Electronic Signatures in Global and National Commerce Act (the "Electronic Signatures Act" a/k/a "E-Sign"), the Uniform Electronic Transactions Act ("UETA") and the Pennsylvania Uniform Electronic Transactions Act ("PUETA"), your receipt of this email and its contents does not constitute confirmation of our electronic signature and/or acceptance of any contract terms or language that may or may not be contained herein including in any attachments sent with this electronic communication. Further, any signature block contained in this email should not be misconstrued as an electronic signature that contractually obligating us or our clients to any contract terms that may or may not be contained herein, including in any attachments. The binding of any contract terms or provisions herein must be willfully acknowledged and accepted by us in order for our firm or our clients to be legally bound.

**From:** Wally Zimolong
**Sent:** Tuesday, January 14, 2025 3:27 PM
**To:** Fran Griesing ; Galey, Michael
**Subject:** Mendillo v. Go Brands, Inc.

Ms. Griesing:

We lost you on the call. Would you like Michael and I to call back in to reconvene the meeting?

Wally Zimolong, Esquire
**Main Office**

353 West Lancaster Avenue, Suite 300, Wayne, PA 19087
**Mailing Address**
P.O. Box 552, Villanova, PA 19085-0552
**Office**: 215.665.0842| **Mobile**: 609.932.8836| **Email**: wally@zimolonglaw.com |
**www.zimolonglaw.com**

| | |
|---|---|
| **From:** | Fran Griesing <fgriesing@griesinglaw.com> |
| **Sent:** | Wednesday, January 15, 2025 11:59 AM |
| **To:** | Wally Zimolong; Galey, Michael |
| **Subject:** | RE: Mendillo v. Go Brands, Inc. |
| **Attachments:** | Mendillo.GOBrands.Scheduling Order.01152025.pdf |

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Counsel: Here is a copy of the Order I submitted to the AAA. They will also transmit it to you. I will usually just rely on them to do so, but I am sending this to you as well because our call was cut short yesterday when I was dropped. I appreciate your collaboration on the schedule. There is no need to respond to this email, and the Order includes instructions on how we will communicate in the future. Thank you. Fran Griesing

**Francine Friedman Griesing, Esq. (She/Her)**
**Griesing Law, LLC**
fgriesing@griesinglaw.com

**215.460.7389**
griesinglaw.com

**Admitted to practice in Arizona, New York and Pennsylvania.**

Click here to read my bio.



This email and any attachments may contain information that is confidential, privileged or otherwise protected. If you received this message in error or are not the intended recipient or authorized by the intended recipient to read it, please destroy the message and any copies and please do not retain, distribute or share this message or any of the information contained herein. Please also reply and inform the sender that you received this message in error. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

Email Acceptance Disclosure: Under the Electronic Signatures in Global and National Commerce Act (the "Electronic Signatures Act" a/k/a "E-Sign"), the Uniform Electronic Transactions Act ("UETA") and the Pennsylvania Uniform Electronic Transactions Act ("PUETA"), your receipt of this email and its contents does not constitute confirmation of our electronic signature and/or acceptance of any contract terms or language that may or may not be contained herein including in any attachments sent with this electronic communication. Further, any signature block contained in this email should not be misconstrued as an electronic signature that contractually obligating us or our clients to any contract terms that may or may not be contained herein, including in any attachments. The binding of any contract terms or provisions herein must be willfully acknowledged and accepted by us in order for our firm or our clients to be legally bound.

**From:** Fran Griesing
**Sent:** Tuesday, January 14, 2025 3:29 PM
**To:** Wally Zimolong ; Galey, Michael
**Subject:** RE: Mendillo v. Go Brands, Inc.

Counsel, I was dropped from the call and could not get back on. I will send you both an order with the information I would like you two to collaborate on including proposed dates for a hearing. The submission should include any areas where counsel do not agree and your positions on those issues. Thanks for your patience.

**Francine Friedman Griesing, Esq. (She/Her)**

1

**Griesing Law, LLC**
fgriesing@griesinglaw.com

**215.460.7389**
griesinglaw.com

**Admitted to practice in Arizona, New York and Pennsylvania.**

Click here to read my bio.



This email and any attachments may contain information that is confidential, privileged or otherwise protected. If you received this message in error or are not the intended recipient or authorized by the intended recipient to read it, please destroy the message and any copies and please do not retain, distribute or share this message or any of the information contained herein. Please also reply and inform the sender that you received this message in error. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

Email Acceptance Disclosure: Under the Electronic Signatures in Global and National Commerce Act (the "Electronic Signatures Act" a/k/a "E-Sign"), the Uniform Electronic Transactions Act ("UETA") and the Pennsylvania Uniform Electronic Transactions Act ("PUETA"), your receipt of this email and its contents does not constitute confirmation of our electronic signature and/or acceptance of any contract terms or language that may or may not be contained herein including in any attachments sent with this electronic communication. Further, any signature block contained in this email should not be misconstrued as an electronic signature that contractually obligating us or our clients to any contract terms that may or may not be contained herein, including in any attachments. The binding of any contract terms or provisions herein must be willfully acknowledged and accepted by us in order for our firm or our clients to be legally bound.

---

**From:** Wally Zimolong <wally@zimolonglaw.com>
**Sent:** Tuesday, January 14, 2025 3:27 PM
**To:** Fran Griesing <fgriesing@griesinglaw.com>; Galey, Michael <mgaley@fisherphillips.com>
**Subject:** Mendillo v. Go Brands, Inc.

Ms. Griesing:

We lost you on the call. Would you like Michael and I to call back in to reconvene the meeting?


Wally Zimolong, Esquire
**Main Office**
353 West Lancaster Avenue, Suite 300, Wayne, PA 19087
**Mailing Address**
P.O. Box 552, Villanova, PA 19085-0552
**Office**: 215.665.0842| **Mobile**: 609.932.8836| **Email**: wally@zimolonglaw.com |
**www.zimolonglaw.com**



**AMERICAN ARBITRATION ASSOCIATION**

|  |  |
|---|---|
| DARRYL MENDILLO,<br>Claimant,<br><br>vs.<br><br>GOBRANDS, INC. D/B/A GOPUFF,<br><br>Respondent. | Case No. 01-24-3827 |

**PRELIMINARY REPORT AND FIRST SCHEDULING ORDER**

Pursuant to the Employment Arbitration Rules of the American Arbitration Association (AAA), a preliminary hearing was held by telephone on January 14, 2025, before Arbitrator Francine Friedman Griesing. Appearing at the hearing were Walter S. Zimolong, Esq., counsel for Claimant, and Michael R. Galey, Esq., counsel for Respondent. Stephanie Bowker from the AAA was also on the call. Based on the discussion at the conference, it is Ordered that counsel meet and confer and submit a joint statement to the Arbitrator **no later than January 24, 2025**, with agreed proposed dates for the following scheduling events. In the event the parties cannot agree, they should submit a joint statement as to their respective positions on any disputed issues.

1. Parties shall meet the following schedule:

Document Requests Served (max. __ per side)
and Interrogatories (max. __ per side)                                          _____, **2025**

Joint Statement on Cybersecurity Issues &
Proposed Confidentiality Order (if needed)                              _____, **2025**

Responses to Document Request, Interrogatories
& Production Due by                                                                    _____, **2025**

Depositions (max.___ per side) completed by                          _____, **2025**
Joint Submission on Discovery Disputes Due by                     _____, **2025**

Dispositive Motions by                                                              _____, **2025**

Responses to Dispositive Motions by                                        _____, **2025**

1

| | |
|---|---|
| Reply to Dispositive Motion Response by | _____, 2025 |
| Identification and Exchange of Witnesses Due by | _____, 2025 |
| Deadline for Final Identification of Witnesses, Stipulations of Uncontested Facts (if any), Prehearing Arbitration Briefs (if any), and Exchange of Exhibits, and Statement as to the Form of Award: | _____, 2025 |
| Prehearing Telephone Conference (call instructions to be circulated by AAA in advance) | **TBD by Arbitrator** |
| Arbitration Hearing Dates (Location, Number of Days Expected; Propose at least 2 sets of dates): | **_____, 2025** **10:00 a.m. – 5 p.m.** **east coast** |

**Communication with the Arbitrator**

The parties are not permitted to communicate directly with the Arbitrator except in writing with all such communications emailed simultaneously to opposing counsel and the AAA.  All submissions should be made formally to the AAA (except for hearing exhibits and discovery documents) with copies sent to the Arbitrator and all counsel at the same time. There shall be **no direct oral communication** between the parties and the Arbitrator except as contemplated by this Order. Parties are not permitted to attempt to reach the Arbitrator directly by telephone and must coordinate requests to speak with the Arbitrator through the AAA.

**Additional Management Conference Call**

The Arbitrator will determine whether a further scheduling conference is needed after receiving the parties' input on the schedule and appreciates counsel's collaboration in scheduling.

SO ORDERED:

_____
Francine Friedman Griesing
Arbitrator

Dated:  January 15, 2025

2