# EXHIBIT B

| | |
|---|---|
| **From:** | Wally Zimolong <wally@zimolonglaw.com> |
| **Sent:** | Friday, January 17, 2025 8:33 AM |
| **To:** | Galey, Michael |
| **Subject:** | Re: Mendillo v. Go Brands, Inc. |

> **CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

You want to do 10:00 a.m.?

Wally Zimolong, Esquire
**Main Office**
353 West Lancaster Avenue, Suite 300, Wayne, PA 19087
**Mailing Address**
P.O. Box 552, Villanova, PA 19085-0552
**Office**: 215.665.0842| **Mobile**: 609.932.8836| **Email**: wally@zimolonglaw.com |
**www.zimolonglaw.com**



**From:** Galey, Michael
**Date:** Thursday, January 16, 2025 at 2:19 PM
**To:** Wally Zimolong
**Subject:** RE: Mendillo v. Go Brands, Inc.

Wally,

I am available tomorrow before 1:00 or any time on Tuesday to meet regarding the scheduling order. Please let me know if any time therein works for you.

Thank you,



**Michael R. Galey**
**Partner**

Fisher & Phillips LLP
Two Logan Square | 12th Floor | 100 N. 18th Street | Philadelphia, PA 19103
mgaley@fisherphillips.com | O: (610) 230-2141

vCard | Bio | Website   ***On the Front Lines of Workplace Law℠***

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Wally Zimolong
**Sent:** Tuesday, January 14, 2025 3:27 PM
**To:** fgriesing@griesinglaw.com; Galey, Michael
**Subject:** Mendillo v. Go Brands, Inc.

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Ms. Griesing:

We lost you on the call. Would you like Michael and I to call back in to reconvene the meeting?

Wally Zimolong, Esquire
**Main Office**
353 West Lancaster Avenue, Suite 300, Wayne, PA 19087
**Mailing Address**
P.O. Box 552, Villanova, PA 19085-0552
**Office**: 215.665.0842| **Mobile**: 609.932.8836| **Email:** wally@zimolonglaw.com |
**www.zimolonglaw.com**

| | |
|---|---|
| **From:** | Galey, Michael |
| **Sent:** | Tuesday, January 21, 2025 10:19 AM |
| **To:** | Wally Zimolong |
| **Subject:** | Proposed Scheduling Order |
| **Attachments:** | GoBrands - Mendillo - Proposed Scheduling Order.pdf |

Wally,

Attached is the proposed order we discussed.  If this looks good to you, we can submit it to the arbitrator.

Sincerely,



**Michael R. Galey**
**Partner**

Fisher & Phillips LLP
Two Logan Square | 12th Floor | 100 N. 18th Street | Philadelphia, PA 19103
mgaley@fisherphillips.com | O: (610) 230-2141

vCard | Bio | Website  *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**AMERICAN ARBITRATION ASSOCIATION**

DARRYL MENDILLO,
        Claimant,

   vs.

GOBRANDS, INC. D/B/A GOPUFF,          Case No. 01-24-3827

        Respondent.

**POPOSED SCHEDULING ORDER**

1.   Parties shall meet the following schedule:
     Document Requests Served (max. 25 per side)
     and Interrogatories (max. 25 per side)                 **January 31, 2025**

     Joint Statement on Cybersecurity Issues &
     Proposed Confidentiality Order (if needed)             **February 15, 2025**

     Responses to Document Request, Interrogatories
     & Production Due by                                    **March 15, 2025**

     Depositions (max. 4 per side) completed by Joint       **April 15, 2025**
     Submission on Discovery Disputes Due by                **April 30, 2025**

     Dispositive Motions by                                 **May 15, 2025**

     Responses to Dispositive Motions by                    **June 15, 2025**

1

| | |
|---|---|
| Reply to Dispositive Motion Response by | **June 30, 2025** |
| Identification and Exchange of Witnesses Due by | **July 15, 2025** |
| Deadline for Final Identification of Witnesses, Stipulations of Uncontested Facts (if any), Prehearing Arbitration Briefs (if any), and Exchange of Exhibits, and Statement as to the Form of Award: | **July 15, 2025** |
| Prehearing Telephone Conference (call instructions to be circulated by AAA in advance) | **TBD by Arbitrator** |
| Arbitration Hearing Dates (Location, Number of Days Expected; Propose at least 2 sets of dates): | **August 1, 2025 10:00 a.m. – 5 p.m. east coast** |

**Communication with the Arbitrator**

The parties are not permitted to communicate directly with the Arbitrator except in writing with all such communications emailed simultaneously to opposing counsel and the AAA.  All submissions should be made formally to the AAA (except for hearing exhibits and discovery documents) with copies sent to the Arbitrator and all counsel at the same time. There shall be **no direct oral communication** between the parties and the Arbitrator except as contemplated by this Order. Parties are not permitted to attempt to reach the Arbitrator directly by telephone and must coordinate requests to speak with the Arbitrator through the AAA.

**Additional Management Conference Call**

The Arbitrator will determine whether a further scheduling conference is needed after receiving the parties' input on the schedule and appreciates counsel's collaboration in scheduling.

SO ORDERED:

_____
Francine Friedman Griesing
Arbitrator

Dated:

2

| | |
|---|---|
| **From:** | Wally Zimolong <wally@zimolonglaw.com> |
| **Sent:** | Thursday, January 23, 2025 9:54 AM |
| **To:** | Galey, Michael |
| **Subject:** | Re: Proposed Scheduling Order |

> **CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

This is acceptable.

Wally Zimolong, Esquire
**Main Office**
353 West Lancaster Avenue, Suite 300, Wayne, PA 19087
**Mailing Address**
P.O. Box 552, Villanova, PA 19085-0552
**Office**: 215.665.0842| **Mobile**: 609.932.8836| **Email**: wally@zimolonglaw.com |
**www.zimolonglaw.com**



**From:** Galey, Michael
**Date:** Tuesday, January 21, 2025 at 10:19 AM
**To:** Wally Zimolong
**Subject:** Proposed Scheduling Order

Wally,

Attached is the proposed order we discussed. If this looks good to you, we can submit it to the arbitrator.

Sincerely,

 **Michael R. Galey**
**Partner**
Fisher & Phillips LLP
Two Logan Square | 12th Floor | 100 N. 18th Street | Philadelphia, PA 19103
mgaley@fisherphillips.com | O: (610) 230-2141

vCard | Bio | Website    *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*