# EXHIBIT C

## AMERICAN ARBITRATION ASSOCIATION

DARRYL MENDILLO,
      Claimant,

  vs.

GOBRANDS, INC. D/B/A GOPUFF,      Case No. 01-24-3827

      Respondent.

## SECOND SCHEDULING ORDER

Pursuant to the Employment Arbitration Rules of the American Arbitration Association (AAA), a preliminary hearing was held by telephone on January 14, 2025, before Arbitrator Francine Friedman Griesing. Based on the discussion at the preliminary hearing, the undersigned Ordered that counsel meet and confer and submit a joint statement to the Arbitrator **no later than January 24, 2025**, with agreed proposed dates for scheduling events. Based upon the parties' joint submission, it is hereby Ordered:

**1.** Parties shall meet the following schedule:

| | |
|---|---|
| Document Requests Served (max. 25 per side) and Interrogatories (max. 25 per side) | **January 31, 2025**[1] |
| Joint Statement on Cybersecurity Issues & Proposed Confidentiality Order (if needed) | **February 15, 2025** |
| Responses to Document Request, Interrogatories & Production Due by | **March 15, 2025** |
| Depositions (max.4 per side) completed by | **April 15, 2025** |
| Joint Submission on Discovery Disputes Due by | **April 30, 2025** |
| Dispositive Motions by | **May 15, 2025** |

---

[1] If any date fall s on a weekend, holiday or other date when federal or state courts in Philadelphia area are closed, the due date shall fall on the next business date.

| | |
|---|---|
| Responses to Dispositive Motions by | **June 15, 2025** |
| Reply to Dispositive Motion Response by | **June 30, 2025** |
| Identification and Exchange of Witnesses Due by | **July 15, 2025** |
| Deadline for Final Identification of Witnesses, Stipulations of Uncontested Facts (if any), Prehearing Arbitration Briefs (if any), and Exchange of Exhibits, and Statement as to the Form of Award: | **July 15, 2025** |
| Prehearing Telephone Conference (call instructions to be circulated by AAA in advance) | **July 22, 2025** <br> **1 p.m. east coast time** |
| Arbitration Hearing Dates (Location, Number of Days Expected; Propose at least 2 sets of dates): | **August 1, 2025** <br> **10:00 a.m. – 5 p.m.** <br> **east coast** |

**2.     Location of Hearing**

The hearing will take place in Philadelphia, PA at a place to be determined. The parties must notify the Arbitrator no later than **July 15, 2025**, of the precise location of the arbitration hearing, or if they cannot agree on a location, the hearing will take place at the AAA's offices in downtown Philadelphia if available (and it shall be the parties' obligation to contact the AAA to determine availability) or a location to be set by the Arbitrator.

**3.     Communication with the Arbitrator**

The parties are not permitted to communicate directly with the Arbitrator except in writing with all such communications emailed simultaneously to opposing counsel and the AAA.  All submissions should be made formally to the AAA (except for hearing exhibits and discovery documents) with copies sent to the Arbitrator and all counsel at the same time. There shall be **no direct oral communication** between the parties and the Arbitrator except as contemplated by this Order. Parties are not permitted to attempt to reach the Arbitrator directly by telephone and must coordinate requests to speak with the Arbitrator through the AAA.

**4.     Discovery Disputes**

If the parties have any discovery disputes, the parties should first attempt to resolve them without Arbitrator involvement. If those efforts are unsuccessful, no later than **April 30, 2025**, the parties shall submit a Joint Statement setting forth the substance of the dispute, the parties' respective positions and the relief requested.  The Arbitrator will determine if the issues can be resolved on the papers submitted or whether a telephone conference is needed to resolve the issues.

**5.      Advance Exchange and Identification of Exhibits**

The parties shall exchange by **July 15, 2025,** a list of exhibits to be used at the hearings and shall bring to the **hearings 4 sets of exhibits**.  Each exhibit shall be pre-marked for identification.  The parties are encouraged, but no required, to prepare a joint exhibit notebook for the Arbitrator.  **The parties should not send copies of exhibits directly to the American Arbitration Association.**  Exhibits should be pre-marked for identification specifying for each exhibit whether it is a proposed joint exhibit or proposed on behalf of Claimant or Respondent.

**6.      Cybersecurity/Privacy**

The Parties shall submit by **February 15, 2025,** a Joint Statement as to whether they plan to exchange information that presents a heightened need for cybersecurity. To the extent confidential information or personal data is exchanged, the parties will execute and submit to the Arbitrator for approval no later than **February 15, 2025,** an appropriate stipulated Order on confidentiality with respect to such information and data.

**7.      Court Reporter**

The parties should confer and determine whether they agree that they will use a court reporter at the hearing in this matter. If they cannot agree, Respondent shall arrange directly with a stenographer and shall notify the Claimant and the AAA of these arrangements at least **three days in advance of the hearing.** The parties shall split the cost of the record.  The transcript must be provided to the Arbitrator and made available to the parties for inspection promptly.

**8.      Form of Award**

The parties shall submit no later than **July 15, 2025,** a Joint Statement as to their respective positions on the Form of Award. If the parties do not agree, the Arbitrator will issue a reasoned award, but the Arbitrator will not issue findings of fact or conclusions of law.

**9.      Additional Management Conference Call**

A pre-hearing conference telephone call will be held on **July 22, 2025, 1 p.m. east coast time,** and will be arranged by the AAA, which will circulate the call instructions in advance.

<strong>SO ORDERED:</strong>

_____
Francine Friedman Griesing
Arbitrator

Dated: January 24, 2025

3