# EXHIBIT D

**AMERICAN ARBITRATION ASSOCIATION**

DARRYL MENDILLO,
        Claimant,

vs.

GOBRANDS, INC. D/B/A GOPUFF,        Case No. 01-24-3827

        Respondent.

**<u>SIXTH SCHEDULING ORDER</u>**

Pursuant to the Employment Arbitration Rules of the American Arbitration Association (AAA), upon request of the parties, the prior Scheduling Orders are amended as follows:

| | |
|---|---|
| Depositions and all discovery shall be completed and Joint Submission on Discovery Disputes due by | **July 18, 2025**[1] |
| Submit Dispositive Motions by | **July 28, 2025** |
| Submit Responses to Dispositive Motions by | **August 11, 2025** |
| Submit Reply to Dispositive Motion Responses by | **August 21, 2025** |
| Parties shall submit a joint statement as to their positions on (a) the location for the arbitration hearing; and (b) the form of award requested by | **September 5, 2025** |
| Arbitrator will issue decision on any dispositive motions by | **September 5, 2025** |

Deadline for (a) Final Identification of Witnesses; (b) Stipulations of

---

[1] The parties can extend this date by agreement without Arbitrator approval provided it does not alter the remaining scheduled deadlines. If the parties are unable despite good faith efforts to complete discovery in time to meet the other existing deadlines, counsel shall promptly notify the AAA and the undesigned Arbitrator by email of the need for a prompt scheduling conference. Any such email must be sent simultaneously to the AAA, the Arbitrator and opposing counsel. If the parties need to seek to alter the hearing date, counsel shall be prepared at the telephone conference to provide several available dates in August and September when they, their clients and expected witnesses are available for hearing.

Uncontested Facts (if any); (c) Prehearing Arbitration Briefs (if any);
(d) Exchange of Exhibits; (e) Statement as to the Form of Award
requested; (f) whether the parties have agreed to a Court Reporter
 and arrangements made by:                                      **September 10, 2025**

Prehearing Telephone Conference (call instructions to be circulated
by AAA in advance)                                             **September 11, 2025**
                                                               **1 p.m. east coast time**

Arbitration Hearing

                                                               **September 16, 2025**
                                                               **10:00 a.m. – 5 p.m.**
                                                               **east coast**

**All other terms of the prior Scheduling Orders will remain in effect.**

                              **SO ORDERED:**

_____
Francine Friedman Griesing
Arbitrator

Dated: July 8, 2025

2