# EXHIBIT F

**AMERICAN ARBITRATION ASSOCIATION**

|  |  |
|---|---|
| DARRYL MENDILLO,<br>          Claimant,<br><br>      vs.<br><br>GOBRANDS, INC. D/B/A GOPUFF,<br><br>          Respondent. | Case No. 01-24-3827 |

## SEVENTH SCHEDULING ORDER

**WHEREAS**, the Arbitrator has issued several prior Scheduling Orders setting deadlines by which the parties must complete certain tasks;

**WHEREAS**, the Arbitrator has repeatedly granted the parties' joint requests for extensions of pre-hearing deadlines while preserving the hearing date;

**WHEREAS**, the Arbitrator's prior orders authorized the parties to agree to extend the discovery deadline without Arbitrator approval so long as a discovery extension did not impact subsequent deadlines including the hearing date;

**WHEREAS,** the parties informally agreed without consulting with the Arbitrator to extend Claimant's time to respond to Respondent's Motion for Summary Judgment necessitating an extension to afford Respondent reasonable time to submit a reply in support of its motion;

**WHEREAS**, the Arbitrator seeks to protect the parties from undue delay and will therefore adhere to the September 5, 2025 date by which the Arbitrator will rule on Respondent's Motion for Summary Judgment and to all other deadlines set forth in the Sixth Scheduling Order;

Pursuant to the Employment Arbitration Rules of the American Arbitration Association (AAA), upon request of the parties, the prior Scheduling Orders are amended as follows:

| | |
|---|---|
| Claimant's Response to Respondent's Motions by | **August 19, 2025** |
| Respondent's Reply to Claimant's Responses by | **August 28, 2025** |

1

Parties shall submit a joint statement as to their positions on (a) the location for the arbitration hearing; and (b) the form of award requested by    **September 5, 2025**

Arbitrator will issue a decision on any dispositive motions by    **September 5, 2025**

Deadline for (a) Final Identification of Witnesses; (b) Stipulations of Uncontested Facts (if any); (c) Prehearing Arbitration Briefs (if any); (d) Exchange of Exhibits; (e) whether the parties have agreed to a Court Reporter  and arrangements made by:    **September 10, 2025**

Prehearing Telephone Conference (call instructions to be circulated by AAA in advance)    **September 11, 2025**
**1 p.m. east coast time**

Arbitration Hearing

**September 16, 2025**
**10:00 a.m. – 5 p.m.**
**east coast**

**All other terms of the prior Scheduling Orders will remain in effect, and the parties may not agree to extend any deadline without prior Arbitrator approval.**

**SO ORDERED:**

_____
Francine Friedman Griesing
Arbitrator

Dated: August 12, 2025

2

**AMERICAN ARBITRATION ASSOCIATION**

DARRYL MENDILLO,
          Claimant,

   vs.

GOBRANDS, INC. D/B/A GOPUFF,          Case No. 01-24-3827

       Respondent.

## AMENDED EIGHTH SCHEDULING ORDER

Pursuant to the Employment Arbitration Rules of the American Arbitration Association the Eighth Scheduling Order is amended as follows:

Oral argument on Respondent's Motion for Summary Judgment and, Claimant's opposition thereto, via telephone, call instructions to be provided by the AAA, on        **September 18, 2025**
                                **11am, east coast time**

**All other terms of the prior Scheduling Orders will remain in effect.**

**SO ORDERED:**

_____
Francine Friedman Griesing
Arbitrator

Dated: August 28, 2025

1