**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DARRYL MENDILLO,      :
     :
        Plaintiff,      :
     :
     v.      :      CASE NO. 2:25-cv-07184-GJP
     :
GOBRANDS, INC. d/b/a GOPUFF,      :
     :
        Defendant.      :

## ORDER

**AND NOW**, upon consideration of Plaintiff Darryl Mendillo's Petition to Vacate Arbitration Award and Remand to Arbitration (the "Petition"), Defendant GoBrands, Inc.'s Opposition to Plaintiff's Petition to Vacate Arbitration Award and Counter-Motion to Confirm the Arbitration Award (the "Counter-Motion"), all briefs and exhibits filed in support thereof, and all responses and replies thereto, is hereby **ORDERED** that:

1. Plaintiff's Petition is **DENIED**.

2. The Counter-Motion is **GRANTED** and the November 20, 2025 Arbitration Award is **CONFIRMED**; and

**SO ORDERED** on _____, 2026

BY THE COURT:

_____
**Gerald J. Pappert**
United States District Judge

FP 61473624.1