## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL MENDILLO,

   *Petitioner,*

 v.

GOBRANDS, INC. d/b/a GOPUFF,

   *Respondent.*

CIVIL ACTION

NO. 25-7184

## ORDER

**AND NOW**, this 18th day of March, 2026, upon consideration of the Petition to Vacate Arbitration Award and Remand to Arbitration, (Dkt. No. 1), and GoBrands Inc.'s Opposition to the Petition and Counter-Motion to Confirm the Arbitration Award, (Dkt. No. 8), and it is hereby **ORDERED** that:

1. The Petition to Vacate Arbitration Award and Remand to Arbitration, (Dkt. No. 1), is **DENIED**.

2. The Counter-Motion to Confirm the Arbitration Award, (Dkt. No. 8), is **GRANTED**. The November 20, 2025 Arbitration Award, (Dkt. No. 1-3), is **CONFIRMED**. The Court enters judgment in favor of GoBrands, Inc. d/b/a Gopuff and against Darryl Mendillo.

3. The Court **DENIES** GoBrands's request for sanctions.

4. The Clerk of the Court shall **CLOSE** the case.

      BY THE COURT:

      ***/s/ Gerald J. Pappert***
      Gerald J. Pappert, J.